FILED
GREAT FALLS DIV.

'06 JUN 12 PM 12 43

PATRICK L. ........, CLERK
BY _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

DOUGLAS R. BOESE,

           Plaintiff,

vs.

WARDEN MIKE MAHONEY,

           Defendant.

No. CV-05-113-GF-SEH

**ORDER**

On November 14, 2006, Plaintiff filed a Petiton Under 28 USC § 2254 for Writ of Habeas Corpus. United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendation[1] on May 16, 2006. Plaintiff filed objections on May 30, 2006. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

---

[1] Docket No. 12.

-1-

Judge Ostby found that the Court had no authority to entertain a second petition for writ of habeas corpus from Plaintiff. Judge Ostby recommended that Plaintiff's petition be dismissed with prejudice.

Accordingly, after *de novo* review of the record, I adopt in full the Findings and Recommendation of Judge Ostby.

ORDERED:

Plaintiff's Petiton Under 28 USC § 2254 for Writ of Habeas Corpus[2] is DISMISSED with prejudice.

DATED this 12th day of June, 2006.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.